UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-117-SPC-NPM

LINDA JODEAN BECRAFT
a/k/a Linda J. Piergentili
a/k/a Linda J. Wright

# ORDER[1]

Before the Court is the United States of America's Motion for Order of Forfeiture against Defendant Linda Jodean Becraft in the amount of **$152,374.39**. (Doc. 42).

Being fully advised of the relevant facts, the Court hereby finds that at least **$152,374.39** was illegally obtained by the Defendant as a result of her theft of government funds for which Becraft pled guilty (Doc. 37). On March 31, 2021 the undersigned United States District Court Judge accepted her plea and adjudicated Becraft guilty of the offense (Doc. 38); sentencing is currently scheduled for June 28, 2021.

Accordingly, for good cause shown, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The United States' Motion for Order of Forfeiture (Doc. 42) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, Defendant Linda Jodean Becraft shall be held liable for an order of forfeiture in the amount of **$152,374.39**.

It is **FURTHER ORDERED** that, because the $152,374.39 in proceeds was dissipated by the Defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of **$152,374.39**.

It is **FURTHER ORDERED** that this order shall become a final as to the Defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

**DONE AND ORDERED** in Fort Myers, Florida on June 2, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record